

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00560-CR

| | | |
|---|---|---|
| Gene Allen Burks | § | From the 372nd District Court |
| | § | of Tarrant County (1302810D) |
| v. | § | January 8, 2015 |
| | § | Opinion by Justice Walker |
| The State of Texas | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the trial court's suppression ruling and judgment are reversed and this case is remanded to the trial court for further proceedings consistent with this opinion.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Sue Walker_____
  Justice Sue Walker